# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

PAUL J. BUKOVINKSY, II

*Plaintiff(s)*

v.  Civil Action No. 5:20-cv-114

WHEELING-NISSHIN, INC.

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award ☐ Judgment costs ☒ Other

The Motion to Dismiss of Defendant Wheeling Nisshin, Inc. is hereby GRANTED. Further, Plaintiffs Motion to Quash/Sanctions the Defendant's Motion to Dismiss is hereby DENIED. It is ORDERED that this civil action be, and the same is hereby, DISMISSED WITH PREJUDICE and retired from the docket of this Court. Judgment is entered in favor of defendant.

other:

This action was:

☐ tried by jury  ☐ tried by judge  ☒ decided by judge

decided by Judge  John Preston Bailey

Date:  October 22, 2020

*CLERK OF COURT*
Cheryl Dean Riley
/s/ L.M. Murphy

*Signature of Clerk or Deputy Clerk*